IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHAWNA M. NIELSEN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cv583 |
| | ) | |
| v. | ) | |
| | ) | |
| ROD BIXLER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 14 be stricken from the record for the following reason(s):

- Incorrect PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 14 from the record.

DATED this 11th day of May, 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge