IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAWNA M. NIELSEN,<br><br>        Plaintiff,<br><br>    vs.<br><br>ROD BIXLER, et al.,<br><br>        Defendant. | Case No. 8:04cv583<br><br>**ORDER** |

THIS MATTER came before the court for a Rule 16 planning conference. Michael Tasset represented plaintiff. Daniel Welch appeared telephonically and represented defendant. After reviewing the status of the case,

**IT IS ORDERED:**

1. The Clerk is directed to docket this case as a jury trial, pursuant to plaintiff's Complaint and Request for Jury Trial (#1).

2. Defendant shall have until **September 2, 2005** to file his motion for summary judgment based on qualified immunity.

3. The Rule 16 planning conference is continued to **Thursday, December 1, 2005 at 10:00 a.m.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and then chambers, at (402) 661-7340.

Dated this 13th day of June 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge