## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAWNA M. NIELSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:04CV583 |
| vs. ) | |
| ) | |
| ROD BIXLER, Individually and in his ) | PROGRESSION ORDER |
| Official Capacity, et al., ) | |
| ) | |
| Defendant. | |

This matter is before the court following a telephonic planning conference with counsel on December 1, 2005. Michael J. Tasset represented the plaintiff and Daniel J. Welch represented the defendant.

**IT IS ORDERED:**

1.  Motions for summary judgment shall be filed **on or before January 31, 2006**. *See* NECivR 56.1 and 7.1.

2.  **Motions to Alter Dates.** All requests for changes of date settings shall be directed to the undersigned magistrate judge by appropriate motion.

DATED: December 1, 2005.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**