IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SHAWN M. NIELSEN,** | ) | **CASE NO. 8:04CV583** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **ROD BIXLER,** | ) | |
| Defendant. | ) | |

This matter is before the Court pursuant to the Plaintiff's Motion at Filing No. 27, wherein the Plaintiff, Shawna M. Nielsen, moves pursuant to Fed. R. Civ. P. 56(f) for an extension of time to respond to the Defendant's Motion for Summary Judgment (Filing No 25). There being no opposition to the Plaintiff's Motion,

IT IS ORDERED:

1. The Plaintiff's Motion (Filing No. 27) for an extension of time to respond to the Defendant's Motion for Summary Judgment is granted; and

2. The Plaintiff shall submit her brief and any index of evidence in response to the Defendant's Motion for Summary Judgment on or before April 3, 2006.

Dated this 28th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge