IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SHAWNA M. NIELSEN,** | ) | **CASE NO. 8:04CV583** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **ROD BIXLER,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court pursuant to the Plaintiff's Motions at Filings No. 31 and 32, wherein the Plaintiff, Shawna M. Nielsen, moves for extensions of time to respond to the Defendant's Motion for Summary Judgment (Filing No 25). There being no opposition to the Plaintiff's motions,

IT IS ORDERED:

1. The Plaintiff's Motion (Filing No. 32) for an extension of time until April 25, 2006, to respond to the Defendant's Motion for Summary Judgment is granted;

2. The Plaintiff's Motion (Filing No. 31) for an extension of time until April 10, 2006, to respond to the Defendant's Motion for Summary Judgment is denied as moot; and

3. The Plaintiff shall submit her brief and any index of evidence in response to the Defendant's Motion for Summary Judgment on or before April 25, 2006.

Dated this 19th day of April, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge